# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _CJ_ D.C.

05 SEP 22 PM 4:17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
MEMPHIS

U. S. A. vs. LOUIS WHITE THORNTON, III        Docket No.   2:00CR20024-01

### Petition on Probation and Supervised Release

**COMES NOW** __Willie S. Williams, Jr.__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Louis White Thornton, III__, who was placed on supervision by the Honorable __Jon Phipps McCalla__ sitting in the Court at __Memphis, TN__, on the 23rd day of June 2000, who fixed the period of supervision at __three (3) years*__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall not enter into any new business ventures, lines of credit, loans, or credit card agreements without the permission of the Probation Office.

2. The defendant shall make restitution of $319,368.74, at a rate of 10% of his gross monthly income and shall be paid within five (5) days of the end of each month.

3. The defendant shall pay a fine of $5,000.00.

*       **Effective Date of Supervision: October 4, 2002.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Mr. Thornton's response to supervision has been satisfactory, with the only area of noncompliance being his failure to fully satisfy the Court ordered criminal monetary penalties. Mr. Thornton is employed, and is making restitution payments of ten percent (10%) of his monthly gross income as ordered by Your Honor. To date, a total of $8,245.00 has been paid toward restitution. The outstanding balance is $311,123.74. No payments have been made toward the fine. Mr. Thornton has signed a repayment plan with the United States Attorney's Office, Financial Litigation Unit.

**PRAYING THAT THE COURT WILL ORDER** that Mr. Thornton's Supervised Release be allowed to terminate as scheduled on October 3, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of the restitution and fine.

**ORDER OF COURT**

Considered and ordered this _21_ day of _Sept_, 20_05_, and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Jon Phipps McCalla

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-23-05_

Respectfully,

_____
Willie S. Williams, Jr.
Senior United States Probation Officer

Place:  Memphis, Tennessee

Date:  September 20, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:00-CR-20024 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT