# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT 17 PM 4:20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
MEMPHIS

U. S. A. vs. LOUIS WHITE THORNTON, III          Docket No.   2:00CR20024-01-MEMPHIS

00-20024

### Petition on Probation and Supervised Release

**COMES NOW** __Willie S. Williams, Jr.__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Louis White Thornton, III__, who was placed on supervision by the Honorable __Jon Phipps McCalla__ sitting in the Court at __Memphis, TN__, on the 23rd day of June 2000, who fixed the period of supervision at __three (3) years*__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall not enter into any new business ventures, lines of credit, loans, or credit card agreements without the permission of the Probation Office.

2. The defendant shall make restitution of $319,368.74, at a rate of 10% of his gross monthly income and shall be paid within five (5) days of the end of each month.

3. The defendant shall pay a fine of $5,000.00.

\*      **Effective Date of Supervision: October 4, 2002.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
         (If short insert here; if lengthy write on separate sheet and attach)

In connection with his conviction this case, Mr. Thornton's passport was surrendered to the Clerk of Court. On October 3, 2005, Mr. Thornton successfully completed his term of Supervised Release.

**PRAYING THAT THE COURT WILL ORDER** that Mr. Thornton's passport, which remains in the custody of the Clerk of Court, be returned to him.

|  |  |
|---|---|
| **ORDER OF COURT** | Respectfully, |
| Considered and ordered this _17_ day of __Oct__, 20_05_, and ordered filed and made a part of the records in the above case. | Willie S. Williams, Jr.<br>Senior United States Probation Officer |
| U. S. District Judge Jon Phipps McCalla | Place: __Memphis, Tennessee__<br>Date: __October 4, 2005__ |

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:00-CR-20024 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT